AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY MURINGAL,**

       **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

                          **CASE NO.   2:12-cv-1086**

**FRITO-LAY, INC.,**              **JUDGE EDMUND A. SARGUS, JR.**
                                    **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed October 28, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:  October 28, 2014                         JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk